# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWEST DIVISION

**JUDGMENT IN A CIVIL CASE**

PENNY WHITSON,

    Plaintiff,

    **V.**                                            Case No. 07-5016-CV-SW-RED-P

RICHARD L. HILL, et al.,

☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**: that defendants' motion for summary judgment (Doc. No. 29) is granted, and judgment is entered in favor of defendants and against plaintiff.

Entered on: January 18, 2008.

                                                                       P.L. BRUNE
                                                                       CLERK OF COURT

                                                                       M. MAYES
                                                                       (By) Deputy Clerk